**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOSEPH TORRES, JR.,<br><br>                                    Plaintiff,<br><br>v.<br><br>NETHANJAH BREITENBACH, et. al.,<br><br>                                    Defendants. | Case No. 3:23-CV-00275-ART-CLB<br><br>**ORDER** |

      Over the last several weeks, several documents and orders have been filed in this case. (ECF Nos. 1, 2, 3, 5, 6.) These documents were sent to Plaintiff at the Northern Nevada Correctional Center ("NNCC") via the Court's electronic filing system. On July 19, 2023, the Court received notification that these documents could not be delivered to Plaintiff at NNCC because NDOC transferred Plaintiff to High Desert State Prison ("HDSP"). (ECF No. 7.) Accordingly, the Court orders the Clerk's Office to update and change Plaintiff's address from NNCC to HDSP on the Court's electronic filing system. In addition, the Court orders the Clerk's Office to re-send Plaintiff copies of ECF Nos. 1, 2, 3, 5, and 6.

      Finally, on July 17, 2023, this Court ordered a global in-person mediation at NNCC on September 13, 2023. (ECF No. 6.) Therefore, the Court orders NDOC to transport Plaintiff from HDSP to NNCC before September 13, 2023, to ensure Plaintiff's in-person attendance at the scheduled mediation.

**IT IS SO ORDERED.**

**DATED**: July 20, 2023 .

_____
UNITED STATES MAGISTRATE JUDGE